UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (15962003)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625

**Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY and COLLEEN MORTELLITE,

        Debtors.

Case No.: 17-21818 (ABA)

In Re:

BLUES BROTHERS, LLC,

        Debtor.

Case No.: 17-21820 (ABA)

Judge: Altenburg, U.S.B.J.

ORDER VACATING PRIOR ORDERS

        The relief set forth on the following page, numbered
two (2) is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Blues Brothers
Case No.: 17-21820
Caption of Order: CONSENT ORDER

This matter having been presented to the Court by debtors Anthony and Colleen Mortellite and Blues Brothers, LLC ("debtors"), by and through its attorney, David Kasen, Esq., in agreement with the State of New Jersey, Division of Taxation ("N.J. Division"), by and through its attorney, Christopher S. Porrino, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT the Order entered by this court on October 17, 2017, docketed as Document 49 in Case Number 17-21820, Expunging Claim Number 6 of the N.J. Division is hereby VACATED; and

IT IS FURTHER ORDERED THAT the Order entered by this court on October 17, 2017, docketed as Document 128 in Case Number 17-21818, Expunging Claim Number 16 of the N.J. Division is hereby VACATED; and

IT IS FURTHER ORDERED THAT the Consent Order entered by the parties and approved by this court on October 3, 2017 remains in full force and effect.

CONSENTED AS TO FORM AND ENTRY:

KASEN & KASEN, P.C.                    CHRISTOPHER S. PORRINO
Attorneys for Debtors                  Attorney General of New Jersey


David A. Kasen, Esq.                   Heather Lynn Anderson
                                       Deputy Attorney General