Order Filed on December 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **STARK & STARK**<br>A Professional Corporation<br>Timothy P. Duggan, Esq (TD-7344)<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>Attorneys for Farm Credit East, ACA | |
| In re:<br><br>ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,<br><br>　　　　　　Debtors.<br>_____<br>In the Matter of:<br><br>BLUES BROTHERS, LLC,<br><br>　　　　　　Debtor. | CASE NO. 17-21818 (ABA)<br><br><br><br><br>CASE NO. 17-21820 (ABA)<br><br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 12 |

## ORDER GRANTING MOTION ALLOWING ADMINISTRATIVE PRIORITY CLAIM

　　　The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page: 2

Debtor:   In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER GRANTING MOTION ALLOWING ADMINISTRATIVE PRIORITY CLAIM

---

This matter having been brought before the Court by way of motion (the "Motion") of Farm Credit East, A.C.A, ("Farm Credit") for the entry of an Order allowing Farm Credit an administrative priority claim; and the Court having considered the Motion and any opposition thereto, and for good cause shown:

IT IS ORDERED THAT:

1. Farm Credit's Motion is granted.

2. Farm Credit is hereby allowed an administrative expense in the sum of $158,262 in the bankruptcy case filed by Blues Brothers, LLC, case no. 17-21820.

3. The administrative expense claim is granted on a super priority basis, but subordinate to any allowed fees and commissions granted to the Chapter 12 Trustee and/or Debtors' counsel.

4836-9325-8072, v. 1