| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **STARK & STARK**<br>A Professional Corporation<br>Timothy P. Duggan, Esq (TD-7344)<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>Attorneys for Farm Credit East, ACA | **Order Filed on December 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,<br><br>                Debtors. | CASE NO. 17-21818 (ABA) |
| In the Matter of:<br><br>BLUES BROTHERS, LLC,<br><br>                Debtor. | CASE NO. 17-21820 (ABA)<br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 12 |

## ORDER GRANTING MOTION ALLOWING ADMINISTRATIVE PRIORITY CLAIM

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:   In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER GRANTING MOTION ALLOWING ADMINISTRATIVE PRIORITY CLAIM

This matter having been brought before the Court by way of motion (the "Motion") of Farm Credit East, A.C.A, ("Farm Credit") for the entry of an Order allowing Farm Credit an administrative priority claim; and the Court having considered the Motion and any opposition thereof, and for good cause shown:

IT IS ORDERED THAT:

1. Farm Credit's Motion is granted.

2. Farm Credit is hereby allowed an administrative expense in the sum of $158,262 in the bankruptcy case filed by Blues Brothers, LLC, case no. 17-21820.

3. The administrative expense claim is granted on a super priority basis, but subordinate to any allowed fees and commissions granted to the Chapter 12 Trustee and/or Debtors' counsel.

United States Bankruptcy Court
District of New Jersey

In re:  
Blues Brothers, LLC  
    Debtor

Case No. 17-21820-ABA  
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 08, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.  
db          +Blues Brothers, LLC,   564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:  
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com  
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
          David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com  
          Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Heather Lynn   Anderson     on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us  
          Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com, dkasen@kasenlaw.com  
          Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
          Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com  
          Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com  
          Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com  
          Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com  
                                                                                                                                TOTAL: 13