UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>Anthony M. Mortellite, Jr. and<br>Colleen Mortellite,<br>        Debtors | Case No.:    17-21818-ABA<br><br>Chapter:    12<br><br>Jointly Administered |
|---|---|
| Blues Brothers, LLC,<br>        Debtor | Case No.:    17-21820-ABA<br><br>Judge:    Andrew B. Altenburg, Jr. |

**ORDER DENYING CONFIRMATION OF SECOND MODIFIED CHAPTE 12 PLAN AND DISMISSING CASES**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 16, 2018**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Anthony M. Mortellite, Jr. and Colleen Mortellite*
*Case No.: 17-21818-ABA*
*In re Blues Brothers, LLC*
*Case No.: 17-21820-ABA*
*Order Denying Confirmation of Second Modified Chapter 12 Plan and Dismissing Cases*
Page | 2

___

**THIS MATTER** having come before the court for confirmation of Debtors' Second Modified Chapter 12 Plan of Reorganization, filed October 19, 2017 (Doc. No. 130); and after a hearing held on November 17, 2017, and December 1, 2017; and the court finding that the Debtors have filed to meet their burden of proving that all the requirements for confirmation have been met; and for the reasons set forth on the record and in its Memorandum Decision filed simultaneously herewith, and for good cause shown; it is

**ORDERED** that confirmation of Debtor's Second Modified Chapter 12 Plan of Reorganization is DENIED.

**IT IS FURTHER ORDERED** that the cases shall be and hereby are DISMISSED.

The court reserves the right to revise its findings of fact and conclusions of law.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-21820-ABA
Blues Brothers, LLC                                                    Chapter 12
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Jan 16, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db             +Blues Brothers, LLC,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
              Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com
              Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
              Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
                                                                                               TOTAL: 13