Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−21820−ABA
                        Chapter: 12
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Blues Brothers, LLC
   564 11th St.
   Hammonton, NJ 08037

Social Security No.:

Employer's Tax I.D. No.:
   26−1696190

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     2/22/18
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
TRENK DIPASQUALE DELLA FERA & SODONO PC, Trustee's Attorney

COMMISSION OR FEES
$48,105.50

EXPENSES
$1,185.39

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 17, 2018
JAN: kaj

                                                                           Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-21820-ABA
Blues Brothers, LLC                                                           Chapter 12
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2              Date Rcvd: Jan 17, 2018
                                Form ID: 137                Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
```
db             +Blues Brothers, LLC,    564 11th St.,    Hammonton, NJ 08037-8468
aty            +Trenk DiPasquale Della Fera & Sodono, P.C.,    427 Riverview Plaza,    Trenton, NJ 08611-3420
cr             +Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
cr             +Lee Rain, Inc.,    2079 Wheat Road,    Vineland, NJ 08361-2594
516873134      +Ace Oil Company,    150 N. Chew Rd.,    Hammonton, NJ 08037-3159
516873135      +Anthony M. Mortellite, Jr.,    564 11th St.,    Hammonton, NJ 08037-8468
516873136      +CAS Pack Corporation,    1750 Woodhaven Drive,    Bensalem, PA 19020-7108
516873138      +CNH Industrial Capital,    P.O. Box 3600,    Lancaster, PA 17604-3600
516873137      +Central Jersey Equipment,    670 Route 40,    Elmer, NJ 08318-2768
516873139      +Colleen T. Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468
516873140      +Crop Production Services, Inc.,    471 Landis Ave.,    Bridgeton, NJ 08302-4834
516924099      +Deere & Company,    Joseph A. McCormick, Jr., P.A.,    76 Euclid Ave,
                 Haddonfield, NJ 08033-2330
516873141      +DiMeglio Septic, Inc.,    Portable Toilet Division,    491 White Horse Pike,
                 Ancora, NJ 08037-9627
516873142      +DiMeo, Frank,    561 Middle Rd.,    Hammonton, NJ 08037-8991
516873143      +DiMeo, William and Frank,    600 Middle Rd.,    Hammonton, NJ 08037-8912
516873144      +Downstown Aero Crop Service, Inc.,    339 Harding Highway,    Vineland, NJ 08360-9154
516873145      +East West Label Co., Inc.,    P.O. Box 306,    1000 East Hector St.,
                 Conshohocken, PA 19428-2310
516873146      +Ernest R. Miles Construction Co.,    P.O. Box 39,    Catawba Ave.,    Newfield, NJ 08344-0039
516944591      +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516944593      +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    PO Box 5315,    Princeton, NJ 08543-5315
516873147       Farm Credit East, ACA/PCA/FLCA,    29 Landis Avenue,    Bridgeton, NJ 08302-4396
516873148      +Farm-Rite, Inc.,    P.O. Box 29,    Shiloh, NJ 08353-0029
516873149      +Fruitwood Apiaries, Inc.,    419 Elk Rd.,    Monroeville, NJ 08343-2706
516873151      +John Deere Financial,    6400 NW 86th St.,    P.O. Box 6600,    Johnston, IA 50131-6600
516910396      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517151240       Kubota Credit Corporation,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516873152      +Kubota Credit Corporation (DF),    c/o Alternative Collections, LLC,    1140 Wehrle Drive,
                 Williamsville, NY 14221-7748
516873153      +Kubota Credit Corporation, USA,    Servicing Center,    4400 Amon Carter Blvd., Suite 100,
                 Fort Worth, TX 76155-2695
516873154      +Lee Rain, Inc.,    2079 E. Wheat Rd.,    Vineland, NJ 08361-2594
516996783      +Lee Rain, Inc.,    Gruccio Pepper,    817 Landis Avenue,    Vineland, NJ 08360-8002
516873155      +Mid Atlantic Labeling & Packaging,    999 S. Grand St.,    Hammonton, NJ 08037-3378
516873156      +Plant Food Company, Inc.,    38 Hightstown-Cranbury Station Rd.,    Cranbury, NJ 08512-5099
516873158     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of NJ, Div. of Taxation,    Bankruptcy Unit,    CN 245,
                 Trenton, NJ 08695)
516873157      +South Jersey Sanitation,    P.O. Box 1224,    Hammonton, NJ 08037-5224
516873159      +U.S. Department of Agriculture,    Farm Service Agency,    4300 Goodfellow Blvd. FC-1332,
                 Saint Louis, MO 63120-1703
516873160      +Winfield Solutions, LLC,    c/o Steven J. Daroci, Esquire,    Fox Rothschild, LLP,
                 P.O. Box 5231,    Princeton, NJ 08543-5231
516873161      +Woodside Electronics Corp. (WECO),    1311 Bluegrass Place,    Woodland, CA 95776-5918
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 22:59:26     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 22:59:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516873150      +E-mail/Text: cio.bncmail@irs.gov Jan 17 2018 22:58:56     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             C.M.Williams & Associates, LLC,    219 State Street, Elmer
cr*            +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
517048760*     +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517006794*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695)
                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1                  User: admin                   Page 2 of 2                   Date Rcvd: Jan 17, 2018
                                      Form ID: 137                  Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
```
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor     Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn   Anderson    on behalf of Creditor     State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor     Farm Credit East, ACA mkizner@stark-stark.com
              Rebecca Ann Solarz    on behalf of Creditor     Kubota Credit Corporation rsolarz@kmllawgroup.com
              Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
              Timothy P. Duggan    on behalf of Creditor     Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor     Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
                                                                                             TOTAL: 13
```