UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
TRENK, DiPASQUALE, DELLA FERA &
SODONO, P.C.
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
ATTORNEYS FOR ANDREA DOBIN,
CHAPTER 12 TRUSTEE

**Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

BLUES BROTHERS, LLC,

                Debtor.

Case No.   17-21820

Hearing Date: February 8, 2018
at 2;00 p.m.

Judge: Andrew B. Altenburg

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES &
EXPENSES TO TRENK DIPASQUALE DELLA FERA & SODONO PC
COUNSEL TO ANDREA DOBIN, CHAPTER 12 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: February 22, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Blues Brothers, LLC
Case No: 17-21820(Andrew B. Altenburg, Jr.)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Trenk, DiPasquale, Della Fera & Sodono, PC counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first interim allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee, is hereby granted first interim allowance on account of legal services rendered to the Trustee in the sum of $48,105.50, together with the sum of $1,185.39 for out-of-pocket disbursements, for a total allowance of $49,290.89 without prejudice to said counsel's right to seek additional allowances.

2. A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4821-3024-7959, v.  6