**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Blues Brothers, LLC | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN  26–1696190 |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–21820–ABA | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(b) is granted to:

Blues Brothers, LLC

10/5/18                                               **By the court:**   Andrew B. Altenburg Jr.
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 12 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1228(b) without completing all of the requirements under the chapter 12 plan. A discharge pursuant to § 1228(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;
      **For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 12 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-21820-ABA
Blues Brothers, LLC                                                 Chapter 12
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2            Date Rcvd: Oct 05, 2018
                                Form ID: 3180FH             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
```
db              +Blues Brothers, LLC,    564 11th St.,    Hammonton, NJ 08037-8468
aty             +Trenk DiPasquale Della Fera & Sodono, P.C.,    427 Riverview Plaza,    Trenton, NJ 08611-3420
cr              +Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
cr              +Lee Rain, Inc.,    2079 Wheat Road,    Vineland, NJ 08361-2594
516873134       +Ace Oil Company,    150 N. Chew Rd.,    Hammonton, NJ 08037-3159
516873135       +Anthony M. Mortellite, Jr.,    564 11th St.,    Hammonton, NJ 08037-8468
516873136       +CAS Pack Corporation,    1750 Woodhaven Drive,    Bensalem, PA 19020-7108
516873138      #+CNH Industrial Capital,    P.O. Box 3600,    Lancaster, PA 17604-3600
516873137       +Central Jersey Equipment,    670 Route 40,    Elmer, NJ 08318-2768
516873139       +Colleen T. Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468
516873140       +Crop Production Services, Inc.,    471 Landis Ave.,    Bridgeton, NJ 08302-4834
516924099       +Deere & Company,    Joseph A. McCormick, Jr., P.A.,    76 Euclid Ave,
                  Haddonfield, NJ 08033-2330
516873141       +DiMeglio Septic, Inc.,    Portable Toilet Division,    491 White Horse Pike,
                  Ancora, NJ 08037-9627
516873142       +DiMeo, Frank,    561 Middle Rd.,    Hammonton, NJ 08037-8991
516873143       +DiMeo, William and Frank,    600 Middle Rd.,    Hammonton, NJ 08037-8912
516873144       +Downstown Aero Crop Service, Inc.,    339 Harding Highway,    Vineland, NJ 08360-9154
516873145       +East West Label Co., Inc.,    P.O. Box 306,    1000 East Hector St.,
                  Conshohocken, PA 19428-2310
516873146       +Ernest R. Miles Construction Co.,    P.O. Box 39,    Catawba Ave.,    Newfield, NJ 08344-0039
516944593       +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    PO Box 5315,    Princeton, NJ 08543-5315
516944591       +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                  Lawrenceville, NJ 08648-2316
516873147        Farm Credit East, ACA/PCA/FLCA,    29 Landis Avenue,    Bridgeton, NJ 08302-4396
516873148       +Farm-Rite, Inc.,    P.O. Box 29,    Shiloh, NJ 08353-0029
516873149       +Fruitwood Apiaries, Inc.,    419 Elk Rd.,    Monroeville, NJ 08343-2706
516873151       +John Deere Financial,    6400 NW 86th St.,    P.O. Box 6600,    Johnston, IA 50131-6600
517151240        Kubota Credit Corporation,    KML Law Group PC,    Sentry Office Plaza,
                  216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516910396       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516873152       +Kubota Credit Corporation (DF),    c/o Alternative Collections, LLC,    1140 Wehrle Drive,
                  Williamsville, NY 14221-7748
516873153       +Kubota Credit Corporation, USA,    Servicing Center,    4400 Amon Carter Blvd., Suite 100,
                  Fort Worth, TX 76155-2695
516873154       +Lee Rain, Inc.,    2079 E. Wheat Rd.,    Vineland, NJ 08361-2594
516996783       +Lee Rain, Inc.,    Gruccio Pepper,    817 Landis Avenue,    Vineland, NJ 08360-8002
516873155       +Mid Atlantic Labeling & Packaging,    999 S. Grand St.,    Hammonton, NJ 08037-3378
516873156       +Plant Food Company, Inc.,    38 Hightstown-Cranbury Station Rd.,    Cranbury, NJ 08512-5099
516873158      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of NJ, Div. of Taxation,    Bankruptcy Unit,    CN 245,
                  Trenton, NJ 08695)
516873157       +South Jersey Sanitation,    P.O. Box 1224,    Hammonton, NJ 08037-5224
516873159       +U.S. Department of Agriculture,    Farm Service Agency,    4300 Goodfellow Blvd. FC-1332,
                  Saint Louis, MO 63120-1720
516873160       +Winfield Solutions, LLC,    c/o Steven J. Daroci, Esquire,    Fox Rothschild, LLP,
                  P.O. Box 5231,    Princeton, NJ 08543-5231
516873161       +Woodside Electronics Corp. (WECO),    1311 Bluegrass Place,    Woodland, CA 95776-5918
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2018 00:03:25      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2018 00:03:19      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516873150       +EDI: IRS.COM Oct 06 2018 03:33:00      Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
acc              C.M.Williams & Associates, LLC,    219 State Street, Elmer
cr*             +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                  Lawrenceville, NJ 08648-2316
517048760*      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517006794*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 05, 2018
                              Form ID: 3180FH          Total Noticed: 40
```

              ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:

              Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea    Dobin    on behalf of Trustee Andrea    Dobin adobin@msbnj.com
              David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn    Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
              Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com
              Ross J. Switkes    on behalf of Trustee Andrea    Dobin rswitkes@trenklawfirm.com
              Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com;jmorvay@grucciopepper.com
                                                                                             TOTAL: 13